Honorable Karen A. Overstreet
Hearing date: February 12, 2014; 10:00 a.m.
Hearing Place: Marysville Municipal Court, Courtroom 1
1015 State Avenue, Marysville, WA 98270
Responses due by: February 5, 2014; by 4:30 p.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>CHAD ROBERT MACOMBER,<br><br>    Debtor(s). | Chapter 7<br>Bankruptcy No. 13-16347<br><br>MOTION FOR AN ORDER<br>AUTHORIZING SALE OF PROPERTY<br>OF THE ESTATE FREE AND CLEAR<br>OF LIENS AND INTERESTS |

COMES NOW Michael P. Klein, being duly qualified and acting trustee, through counsel, The Rigby Law Firm, and Rory C. Livesey, and applies to this court as follows:

Among the personal property of the estate is a Mirage trailer, a 2002 Centurion Hurricane Storm boat with trailer and two 2005 Sea Doo GTX's.

It is necessary in the administration of this estate that said property be sold at public auction. The trustee has, pursuant to an order entered herein, employed Stokes Auction Boardman Orwiler Corp., 8398 S.E. Spring Creek Road, Port Orchard, Washington 98367, 1-866-273-8102, www.stokesauction.com, to conduct a public auction of the above-described property. The fee requested by the auctioneer is ten percent (10%) of the gross auction price plus those necessary expenses not to exceed $1,000. Any creditor who wants to be notified of the auction date must contact the auctioneer and request to be placed on the mailing list for the auction.

The sale will be free of all liens and interest, said liens and interests to attach to the proceeds of sale as though those proceeds were the property, said liens and interests to be satisfied from those

**MOTION FOR AN ORDER AUTHORIZING
SALE OF PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS AND INTERESTS**
140115zMot   Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 13-16347-KAO   Doc 79   Filed 01/17/14   Ent. 01/17/14 14:03:34   Pg. 1 of 2

proceeds.  Based on the debtor's schedules, the 2002 Centurion Hurricane-Storm boat is subject to the security interest of Bank of America of approximately $4,000.  Upon verification of the security interest, the trustee will pay Bank of America the full amount of its lien from the proceeds of the sale of the asset.  If you claim a lien or interest you must file a Proof of Claim setting forth your claim or interest with the Bankruptcy Court *and* the undersigned prior to the hearing date set forth above.  Proof of Claim forms can be obtained by written request sent to the Clerk of the Bankruptcy Court at the above address (include a self-addressed and stamped envelope).

The schedules list a 2008 GMC Sierra pickup truck.  The vehicle is valued at $29,825.  It is subject to the debtor's exemption of $5,255.18.  The debtor has arranged with a third party to loan him the money to purchase the vehicle from the estate.  After giving credit for the exemption the trustee has agreed to sell the vehicle for $24,565.  The funds have been paid to the trustee.  The trustee believes the sale is in the best interest of the estate.  The price approximates the vehicle value without the uncertainty of an auction.   The trustee will abandon the vehicle.

WHEREFORE the trustee prays for an order accordingly.

DATED this 17th day of January, 2014.

THE RIGBY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

**MOTION FOR AN ORDER AUTHORIZING
SALE OF PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS AND INTERESTS**
140115zMot   Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 13-16347-KAO    Doc 79    Filed 01/17/14    Ent. 01/17/14 14:03:34    Pg. 2 of 2