1

2

3

Honorable Karen A. Overstreet
Hearing date: February 12, 2014; 10:00 a.m.
Hearing Place: Marysville Municipal Court, Courtroom 1
1015 State Avenue, Marysville, WA 98270
Responses due by: February 5, 2014; by 4:30 p.m.

4

5

6

7

8

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | Bankruptcy No. 13-16347 |
| CHAD ROBERT MACOMBER, | ) | |
| | ) | NOTICE OF MOTION FOR AN ORDER |
| Debtor(s). | ) | OF SALE OF PROPERTY OF THE |
| | ) | ESTATE FREE AND CLEAR OF LIENS |
| | ) | AND INTERESTS |

9

10

11

12

TO:     Chad Macomber, and his attorney of record, creditors, and parties of interest.

13

PLEASE TAKE NOTICE that the Motion for an Order of Sale of Property of the Estate Free

14

and Clear of Liens and Interests will be heard on the 12th day of February, 2014, at 10:00 a.m., at

15

the Marysville Municipal Court, Courtroom 1, 1015 State Avenue, Marysville, WA 98270, and the

16

clerk is requested to note the motion on the motion docket for that day.

17

YOU ARE FURTHER NOTIFIED that responses or objections must be made in writing and

18

the original filed with the Bankruptcy Court at the United States Courthouse, Room 6301, 700

19

Stewart Street, Seattle, Washington 98101.  Copies must be served upon the United States Trustee's

20

Office at the United States Courthouse, Room 5103, 700 Stewart Street, Seattle, Washington 98101,

21

the above-named Judge and the undersigned attorney on or before February 5, 2014.   Failure to

22

comply with the local rule may be deemed by the court as opposition without merit.  If responsive

23

pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief

24

requested in the motion may be presented *ex parte*.

25

**NOTICE OF  MOTION FOR AN ORDER OF
SALE OF PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS AND
INTERESTS -** 140115aaNot   Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1    The trustee, Michael P. Klein, has filed a motion for sale of property of the estate as follows:

2    Among the personal property of the estate is a Mirage trailer, a 2002 Centurion Hurricane

3    Storm boat with trailer and two 2005 Sea Doo GTX's.

4    It is necessary in the administration of this estate that said property be sold at public auction.

5    The trustee has, pursuant to an order entered herein, employed Stokes Auction Boardman Orwiler

6    Corp., 8398 S.E. Spring Creek Road, Port Orchard, Washington 98367, 1-866-273-8102,

7    www.stokesauction.com, to conduct a public auction of the above-described property.  The fee

8    requested by the auctioneer is ten percent (10%) of the gross auction price plus those necessary

9    expenses not to exceed $1,000.  Any creditor who wants to be notified of the auction date must

10   contact the auctioneer and request to be placed on the mailing list for the auction.

11   The sale will be free of all liens and interest, said liens and interests to attach to the proceeds

12   of sale as though those proceeds were the property, said liens and interests to be satisfied from those

13   proceeds.  Based on the debtor's schedules, the 2002 Centurion Hurricane-Storm boat is subject to

14   the security interest of Bank of America of approximately $4,000.  Upon verification of the security

15   interest, the trustee will pay Bank of America the full amount of its lien from the proceeds of the sale

16   of the asset.  If you claim a lien or interest you must file a Proof of Claim setting forth your claim

17   or interest with the Bankruptcy Court *and* the undersigned prior to the hearing date set forth above.

18   Proof of Claim forms can be obtained by written request sent to the Clerk of the Bankruptcy Court

19   at the above address (include a self-addressed and stamped envelope).

20   The schedules list a 2008 GMC Sierra pickup truck.  The vehicle is valued at $29,825.  It is

21   subject to the debtor's exemption of $5,255.18.  The debtor has arranged with a third party to loan

22   him the money to purchase the vehicle from the estate.  After giving credit for the exemption the

23   trustee has agreed to sell the vehicle for $24,565.  The funds have been paid to the trustee.  The

24   trustee believes the sale is in the best interest of the estate. The price approximates the vehicle value

25   without the uncertainty of an auction.   The trustee will abandon the vehicle.

**NOTICE OF  MOTION FOR AN ORDER OF**
**SALE OF PROPERTY OF THE ESTATE**
**FREE AND CLEAR OF LIENS AND**
**INTERESTS -** 140115aaNot   Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1    The motion and supporting documents are on file with the above-captioned court.  Any party

2    desiring information as to the details may request the same from the Clerk of the Court or from the

3    undersigned counsel.

4         DATED this 17th day of January, 2014.

5                                          THE RIGBY LAW FIRM

6

7                                          /S/ *Rory C. Livesey*

                                          _____
8                                          Rory C. Livesey, WSBA #17601
                                          Of Attorneys for Trustee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**NOTICE OF  MOTION FOR AN ORDER OF**
**SALE OF PROPERTY OF THE ESTATE**
**FREE AND CLEAR OF LIENS AND**
**INTERESTS -** 140115aaNot   Page 3

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826