**Below is the Order of the Court.**

_(signature)_

Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 13-16347 |
| | ) |
| CHAD MACOMBER, | ) *EX PARTE* ORDER AUTHORIZING EMPLOYMENT |
| | ) OF ACCOUNTANTS FOR TRUSTEE |
| Debtor. | ) |
| | ) |

     This matter came on for hearing on the Trustee's application for authority to hire Richard Ginnis, CPA as accountants in this case.  The Court, being duly advised as to the premises, it is hereby

     ORDERED that the Trustee, Michael P. Klein, is authorized to retain Richard Ginnis CPA  as accountants for the estate on an hourly basis as set forth in Richard Ginnis' declaration with all fees and costs subject to Court approval.

/////End Order///////

Presented by:


  /s/Michael P. Klein
Michael P. Klein, WSBA#18079
Trustee


*EX PARTE* ORDER AUTHORIZING
EMPLOYMENT OF ACCOUNTANTS  FOR
TRUSTEE - 1 -

**Michael P. Klein**
Attorney at Law
755 Winslow Way E, Suite 201
Bainbridge Island, WA 98110
(206) 842-3638