THE HONORABLE KAREN A OVERSTREET
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In Re: | No. 13-16347

Chad Robert Macomber, | REPORT ON SALE

                 Debtor.

COMES NOW the trustee, Michael P. Klein, and submits this Report on Sale.

The details can be found on the attachment hereto, Exhibit A, and are summarized as follows:

| | |
|---|---|
| Property Sold: | 2006 Mirage Cargo Traiiler |
| | Buyer: Roy Armstrong |
| | 2002 Centruion 21' Ski Boat |
| | Buyer: Byron Dodge |
| | 2005 Seadoo |
| | Buyer: Byron Dodge |
| | Seado Parts |
| | Buyer: Macomber |
| Gross sales price: | $16,660.00 |
| Less: | |
|    Stokes Auction Commission: | $ 1,666.00 |
|    Costs: | $ 1,040.00 |
|    JP Morgan Chase | $ 4,206.88 |
| Net proceeds to deposit for estate: | $ 13,954.00 |

Dated: April 3, 2015

/s/Michael P. Klein
Michael P. Klein, WSBA No. 18079
Trustee

REPORT ON SALE - 1

**Michael P. Klein**
Chapter 7 Trustee
755 Winslow Way E, Suite 201
Bainbridge Island, Washington 98110
(206) 842-3638



Stokes Auction
8398 Spring Creek Rd S.E.
Port Orchard, WA 98367
(360) 876-0236
Fax (360) 876-2963

**Seller Number: 3**
Macomber 13-16347
Michael Klein
755 Winslow Way E Ste 201
Bainbridge Island, WA  98110
Phone   (206) 842-3638

Statement Date :04/03/2015

## Statement For: Stokes Auction

| Lot | Description | Quantity | Price Grp | Commission | Net Due |
|---|---|---|---|---|---|
| 2 | 2006 MIRAGE CARGO TRAILER VIN: 5M3BE121261017312 | 1 | 1,200.00 | 120.00 | 1,080.00 |
|  | Roy Armstrong | P.o. Box 9322 | | | |
|  | Tacoma, WA 98490 | (206) 931-5298 | | | |
| 3 | 2002 CENTURION 21' VIN: FINB1375E202 | 1 | 13,500.00 | 1,350.00 | 12,150.00 |
|  | Byron Dodge | 7818 Warren Dr N.w. | | | |
|  | Gig Harbor, WA 98335 | (206) 653-4885 | | | |
| 13 | 2005 SEADOO 10' VIN: YDV20520E505 | 1 | 1,500.00 | 150.00 | 1,350.00 |
|  | Byron Dodge | 7818 Warren Dr N.w. | | | |
|  | Gig Harbor, WA 98335 | (206) 653-4885 | | | |
| 98 | SEADOO PARTS MACOMBER 13-16347 | 1 | 460.00 | 46.00 | 414.00 |
|  | , | ( ) - | | | |

|  | Date | Invoice# | Description |  |  |
|---|---|---|---|---|---|
| Expense - | 04/19/2014 |  | Pick Up Fee |  | 900.00 |
| Expense - | 04/19/2014 |  | Title Handling Fee | 4 Lots @ $ 35.00 Ea. | 140.00 |

Thank you for participating in our auction. Please visit our website for upcoming auctions and consignment deadlines. We appreciate your business.

**Summary of Sales Activity at Stokes Auction**
Commissions are Calculated on a Percent of the Sale Price of EACH LOT.

Statement Totals
4 Lots Sold.

| Total Sales | $ | 16,660.00 |
| Less: Commissions | $ | 1,666.00 |
| Total Amount Due | $ | 14,994.00 |
| Less :Expenses | $ | 1,040.00 |
| Total Amount Due | $ | 13,954.00 |

Exhibit A